ONEIDA COUNTY MACARONI CO., INC., Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MARY A. EARL, Respondent, v. PETER G. HOUCK, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANCIS C. EARL, Respondent, v. PETER G. HOUCK, Appellant.— Judgment and order affirmed, with costs. All concur.

HARRY D. MARTIN, Respondent, v. HARRISON REAL ESTATE CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

DAVID H. AMES, Respondent, v. HERMAN RATNOUR, Appellant, Impleaded with Another.— Judgment affirmed, with costs, and new finding made as to possession. All concur.

HENDERSON TIRE AND RUBBER COMPANY, INC., Appellant, v. P. K. WILSON & SON, INC., and Others, Respondents.— Judgment and order affirmed, with costs. All concur.

WALTER CONNARO, as Administrator, etc., of IRETTA CONNARO, Deceased, Respondent, v. CARL H. CLAUSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Netograph Mfg. Co.* v. *Scrugham* (197 N. Y. 377); *Rosenblatt* v. *Rosenblatt* (110 Misc. Rep. 525). All concur.

In the Matter of the Application of ERNEST C. MOORE, Individually, and ERNEST C. MOORE and Another, as Trustees under the Last Will and Testament of ELIZABETH H. MOORE, Deceased, and Another, Respondents, for a Writ of Certiorari to Review an Assessment of Certain Property in the City of Syracuse, County of Onondaga, New York, Appellant, Belonging to Your Petitioners and Assessed to J. STANLEY MOORE, Made by ANDREW GOETTEL and Others, as the Assessors of Said City of Syracuse, New York.— Final order affirmed, with costs. All concur.

IRA P. WATSON and Another, Appellants, v. REUBEN W. WRIGHT and Others, as Executors, etc., of GEORGE W. WRIGHT, Deceased, Respondents.— Judgment affirmed, with costs. Finding of fact No. 23 in plaintiff's requests to find is disapproved and reversed, as it is apparent that it is in conflict with other findings made and was made through inadvertence. All concur.

In the Matter of the Estate of JOANNA M. CAMPBELL, Deceased.— Appeal dismissed, without costs, upon stipulation filed

ISADORE SUGERMAN, Appellant, v. CITIZENS TRUST COMPANY and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

WESTERN NEW YORK WATER COMPANY, Appellant, v. WILLIAM LAUGHLIN, Individually and as Mayor of the City of Niagara Falls, and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

CURRY-O'REILLY CO., INC., Respondent, v. HOUSEL PACKING COMPANY, Appellant.— Appeal dismissed unless appellant shall be ready for argument on January ninth and shall pay to respondent's attorney ten dollars.

METZ BROTHERS COMPANY, Respondent, v. ALBERT POPPENBERG and Others, Appellants.— Appellants' time to file and serve printed papers and printed briefs on appeal extended to February fifteenth.

MARY PIETRAS, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the March term.